IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| FREDERICK KNOTTS | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-05-600 |
| | § | |
| DR. VICTORIA, ET AL. | § | |

## ORDER OF DISMISSAL

Before the Court for its Order of Acceptance is a Report and Recommendation of the United States Magistrate Judge, entered on March 7, 2006. On March 21, 2006, Plaintiff filed a Motion for Extension of Time in which to file objections to the Report and Recommendation. The Motion was granted and Plaintiff was given until April 21, 2006, in which to file objections. To date, no objections have been filed.

Upon appropriate review pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C.§ 636(b)(1)(C), the Court is satisfied that there is no clear error on the face of the record in these proceedings. Accordingly, the Report and Recommendation is **ACCEPTED** in its entirety and incorporated herein by reference. It is **ORDERED** that this cause is **DISMISSED** with prejudice as frivolous.

**DONE** at Galveston, Texas, this the 4th day May, 2006.

Samuel B. Kent
United States District Judge